UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMONT E. WILLIAMS,

                Plaintiff,

   v.

/ et al,

                Defendant.

_____/

Case Number: CV07-04259 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont E. Williams
Folsom State Prison
Prisoner Id F-11390
P.O. Box 715071
1-B 312 C
Represa, CA 95671

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk