California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696



Case# C 07-4259Mjj(pr)

United States District Court
Northern District of California

Lamont'E.Williams
V.
Pulley,et al



1-30-08

I am writing to inform the court that i have not been receiving any of the legal mail that thet the court has been sending me. All of my mail has been going to the old address before it is sent here, making it late for me to reply in the timely maner. I have sent a change of address on oct-18-07 and i am still not getting my mail here at Solano.

I have inclosed copys.

Thank you for your time,
Mr.L.Williams

**FILED**

07 AUG 20 AM 11: 29

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:

Your action has been filed as civil case number **C 07 4259 MJJ**

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed (PR) and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

(IFP Application / no complaint)
(blank complaint form attached)

cr/Hc

WILLIAMS
5/03

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-04259-MJJ
### Internal Use Only

Williams
Assigned to: Hon. Martin J. Jenkins
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/20/2007
Date Terminated: 09/27/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Lamont E. Williams**          represented by **Lamont E. Williams**
Folsom State Prison
Prisoner Id F-11390
P.O. Box 715071
1-B 312 C
Represa, CA 95671
PRO SE

V.

**Defendant**

**California Board of Prison Terms**

**Defendant**

**CDCR**



| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2007 | 1 | MOTION for Leave to Proceed in forma pauperis filed by Lamont E. Williams. (slh, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/22/2007) |
| 08/20/2007 | 2 | CLERK'S NOTICE instructing party to file a complaint or petition within 30 days. (slh, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/22/2007) |
| 08/20/2007 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/22/2007) |
| 08/29/2007 | 3 | COMPLAINT (no process) against California Board of Prison Terms, CDCR (Filing fee: IFPP). Filed by Lamont E. Williams. (slh, COURT STAFF) (Filed on 8/29/2007) (Entered: 08/30/2007) |

| 09/27/2007 | ●4 | ORDER TRANSFERRING CASE to the Eastern District of California. Signed by Judge Martin J. Jenkins on 09/26/07. (rbe, COURT STAFF) (Filed on 9/27/2007) Additional attachment(s) added on 9/27/2007 (rbe, COURT STAFF). (Entered: 09/27/2007) |
| --- | --- | --- |
| 10/01/2007 | ● | Certified copy of docket sheet, transfer order, and original documents sent to USDC, Sacramento via certified mail. (slh, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/01/2007) |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMONT E. WILLIAMS,

        Plaintiff,

v.

/ et al,

        Defendant.
_____/

Case Number: CV07-04259 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont E. Williams
Folsom State Prison
Prisoner Id F-11390
P.O. Box 715071
1-B 312 C
Represa, CA 95671

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

OFFICIAL BUSINESS

ORIGINAL

Lemonte L. Williams T-1890

SOLANO INMATE MAIL
CSP-S CALIFORNIA STATE PRISON - SOLANO
2100 PEABODY ROAD
POB 4000
VACAVILLE CA 95696-4000

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAMONT E. WILLIAMS,

        Plaintiff,

v.

/ et al,

        Defendant.
_____/

Case Number: CV07-04259 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont E. Williams
Folsom State Prison
Prisoner Id F-11390
P.O. Box 715071
1-B 312 C
Represa, CA 95671

Dated: September 27, 2007


Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

 COPY

LAMONT E. WILLIAMS,

        Plaintiff,

v.

/ et al,

        Defendant.

Case Number: CV07-04259 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont E. Williams
Folsom State Prison
Prisoner Id F-11390
P.O. Box 715071
1-B 312 C
Represa, CA 95671

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

 ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

 ORIGINAL

LAMONTE L. WILLIAMS,
  Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:07-CV-02089-FCD-KJM

CALIFORNIA BOARD OF PRISON TERMS, ET AL.,
  Defendant(s)/Respondents(s).

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

[✓] **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: OCT-15-07      Signature: Mr. Lamonte Williams

Print Name: LAMONTE williams
[✓] Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

[✓] **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: OCT-15-07      Signature: Mr. Lamont E. Williams

Print Name: MR. LAmonTE. Williams
[✓] Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.

Mr. Lamonte Williams - F-11390 - 24-125-UP
CSP-S California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Plaintiff / Petitioner / Appellant

**ORIGINAL**

United States District Court
Northern District of California

Lamonte L. Williams )
                   )
                   )  Case: C 07-4259 MJJ (PR)
                   )
Plaintiff / Petitioner / Appellant, )
                   )  NOTICE OF CHANGE OF ADDRESS
         v.        )
                   )
Pulley, et al.,    )
                   )
Defendant / Respondent / Appellee. )

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

NOTICE IS HEREBY GIVEN that the above named party has changed his address from that of record to the following:

MR. Lamonte Williams - F-11390 - 24-125-UP
CSP-S California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: OCT-18-2007

Plaintiff / Petitioner / Appellant

# PROOF OF SERVICE BY MAIL
## BY PRISONER "IN PRO PER"



I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: 24-125-UP
P.O. Box 4000
Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Lamonte L. Williams v. Pulley, et.al.,   Case #: C07-4259 MJJ(PR)

Document(s) Served: Consent of Jurisdiction & Change of Address

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Office of The Clerk U.S. District of Court
Norther District of Califania
450 Golden Gate Aus
San Francisco, Ca 94102

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on OCT-17-07, in Vacaville, California.

"date"

Signature: /s/ Mr. Lamont E. Williams

Printed Name: MR. Lamonte Williams

**FILED**

AUG 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Williams         Lamonte            L.L.W.
         (Last)            (First)            (Initial)

4  Prisoner Number  F-11390

5  Institutional Address  Folsom State Prison  P.O. Box 950
6  Represa CA 95671

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  Lamonte. L. Williams
9  (Enter the full name of plaintiff in this action.)

10          vs.                                Case No. C-07-4259 MJJ
                                               (To be provided by the Clerk of Court)
11  California Board of Prison
                                               **COMPLAINT UNDER THE**
12  CDCR                                       **CIVIL RIGHTS ACT,**
                                               **Title 42 U.S.C § 1983**
13

14
   (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement  Folsom State Prison

21        B.    Is there a grievance procedure in this institution?

22                    YES (✓)    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25                    YES (✓)    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review. If you did not pursue a certain level of appeal,

28              explain why.

COMPLAINT                          - 1 -

ORIGINAL

1. Informal appeal _I placed the Form 602 into the 602 box, my first 602 was never given to appeals. This was two months back._

2. First formal level _I wrote to appeals and told them that i sent a 602 to appeals and they told me they never got it._

3. Second formal level _I wrote another 602 and did the same thing, i also sent one to SAC and they told me i had to start at a formal level._

4. Third formal level _____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)    NO ( )

    F.    If you did not present your claim for review through the grievance procedure, explain why. _____

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

_Lamonte Williams   PO Box 7150 Represa, CA 95671_

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT        - 2 -

ORIGINAL

1.
2.
3.
4.
5. III.  Statement of Claim.
6. State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.
10. I had a medical APPointment To see The doctor, i
11. Told C/o Pulley That Thay was calling me To The
12. doctor, i was called Four Times And he did'nT let me
13. out. when i Told him That Thay have been
14. calling me for Tweenty minutes he Told me
15. To bad And iT was To late. I wrote A 602
16. on him And iT was Taken ouT The box cause
17. when i wrote To appeals, Thay Told me Thay
18. never got my 602. I had To stay in Pain for
19. The whole weekend, and when Thay called me
20. one monday, The same Thing happend so i sent
21. my 602 To SR and Thay Told me i got To start
22. formal First.
23. IV.  Relief.
24. Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. I would like c/o Pulley removed From Folsom
27. for refusing To Allow me medical ATTianTion, iF
28. he don't want To do his job, geT red of him.

COMPLAINT                               - 3 -

 **ORIGINAL**

```
 1  _____
 2  _____
 3  _____
 4  _____
```

5    I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this _27 7h_ day of _AUGUST_, 20_07_

                    _M. L. Williams_
                    (Plaintiff's signature)

COMPLAINT                    - 4 -